# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KESHUNTA SELDERS

NO. 2021 KW 0445

**MAY 10, 2021**

---

In Re:   State of Louisiana, applying for supervisory writs, 21st Judicial District Court, Parish of St. Helena, No. 22923.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED AS MOOT.**

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT